KSC: USAO#2012R0862

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| v. | * | CRIMINAL NO. CCB-15-062 |
| ALEX ENRIQUE ROSADO-RAMOS, aka Boa, | * | (Conspiracy to Distribute and Possess with Intent to Distribute Heroin, 21 U.S.C. § 846) |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From at least in or about December 2012, and continuing to in or about August 2013, in the District of Maryland and elsewhere,

**ALEX ENRIQUE ROSADO-RAMOS,
aka Boa,**

the defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

1

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Title 18, United States Code, Section 853, upon conviction of an offense in violation of 18 U.S.C. § 846 as set forth in Count One, the defendant shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

18 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a)

ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:
**SIGNATURE REDACTED** 2/18/15
Foreperson                Date: